UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 09-CV-60942-ALTONAGA/Brown

DOUGLAS PINKNEY, *et al.*,

      Plaintiffs,

vs.

MINECORE INTERNATIONAL, INC.,
and JERRY G. MIKOLAJCZYK,

      Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiffs, DOUGLAS PINKNEY, *et al.*, by and through their undersigned counsel, hereby file this Notice of Settlement, and say:

1. Plaintiffs' and Defendants' respective counsel are currently drafting and exchanging settlement documents on the parties' behalves.

2. The undersigned Plaintiffs' counsel is confident of arriving at a final settlement among and between the parties within the next thirty days.

**WHEREFORE**, for the foregoing reasons, Plaintiffs respectfully request that this Court administratively close this case for a minimum of thirty days in order to allow the parties the time necessary to effect the anticipated settlement.

Dated this 15th day of April, 2010.      Respectfully submitted,

      s/Barbara H. Schreibman_____
      Barbara H. Schreibman, Esq.
      Fla. Bar. No. 0935123
      2645 Executive Park Drive - Suite 102
      Weston, FL 33331
      Email: Barbara@schreibmanlaw.com
      Telephone: (954) 389-1452
      Facsimile: (954) 389-1462
      Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2010 I electronically filed the foregoing Notice of Settlement with the Clerk of Court, using CM/ECF.

By: s/Barbara H. Schreibman
Barbara H. Schreibman, Esq.
Attorney for Plaintiffs