UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-60942-CIV-ALTONAGA/Brown

**DOUGLAS PINKNEY**, *et al.*,

    Plaintiffs,

vs.

**MINECORE INTERNATIONAL, INC.**;
and **JERRY G. MIKOLAJCZYK**,

    Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

    **THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Order of Dismissal of Defendant Jerry G. Mikolajczyk [D.E. 48], filed June 15, 2010.  The Court being fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    Defendant, Jerry G. Mikolajczyk, is **DISMISSED WITH PREJUDICE** from this matter.

    2.    Each party shall bear its own fees and costs.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of June, 2010.

                                                               _____
                                                               **CECILIA M. ALTONAGA**
                                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record